**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-2421**

───────────

TERRENCE MCCRADY,

Plaintiff - Appellant,

versus

THE TOWN OF WARDENSVILLE; HARDY COUNTY;
WILLIAM D. MOOMAU; DONALD ROTRUCK; DAVID
WARREN,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  W. Craig Broadwater,
District Judge.  (CA-02-23-3)

───────────

Submitted:  February 6, 2003        Decided:  February 12, 2003

───────────

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Terrence McCrady, Appellant Pro Se.  Michael Douglas Lorensen,
BOWLES, RICE, MCDAVID, GRAFF & LOVE, Martinsburg, West Virginia,
for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terrence McCrady appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See McCrady v. Town of Wardensville, No. CA-02-23-3 (N.D.W. Va. Nov. 7, 2002). We deny McCrady's motion for oral argument and his motion to strike Appellees' informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2